# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN HOYE, <br><br> Plaintiff, <br><br> v. <br><br> JUDGE JEFFERY A. MANNING, <br> Defendant. | Civil Action No. 2: 19-cv-1306 <br> Senior Judge Nora Barry Fischer |

## MEMORANDUM ORDER

The above captioned case was initiated by pro se Plaintiff Nathan Hoye on October 11, 2019, and was referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court. (Docket No. 1). Plaintiff initially submitted a complaint without paying the filing fee or filing a motion for leave to proceed in forma pauperis. (*Id*.). He later submitted a Motion for Leave to Proceed in forma pauperis on January 14, 2020. (Docket No. 3). On January 21, 2020, the Magistrate Judge issued a Report recommending that the Motion for Leave to Proceed in forma pauperis be denied as Plaintiff had not satisfied the imminent danger exception to the three strikes rule of 28 U.S.C. §1915(g). (Docket No. 4). Plaintiff was served with the Report and Recommendation at his listed address of record and advised that written objections were due by February 10, 2020. To date, no objections have been filed nor has Plaintiff sought an extension of time in which to do so.

After *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, the following order is entered:

1

AND NOW, this 11th day of February, 2020:

IT IS ORDERED that the Report and Recommendation (Docket No. 4) dated January 21, 2020, is ADOPTED as the Opinion of the Court.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Proceed in forma pauperis (Docket No. 3) is DENIED and this case is DISMISSED, without prejudice, to Plaintiff reopening the matter by paying the full statutory and administrative filing fees of $400.00;

IT IS FURTHER ORDERED that a copy of this Order shall be sent to Plaintiff at his listed address of record (SCI Camp Hill) and to the address listed on the DOC Inmate Locator (SCI Somerset);

IT IS FURTHER ORDERED that the Clerk of Court mark this case CLOSED; and

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

/s/ *Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc:   **NATHAN HOYE**             **NATHAN HOYE**
      NX-8604                     NX-8604
      SCI Camp Hill               SCI Somerset
      PO Box 200                  1590 Walters Mill Road
      Camp Hill, PA 17104         Somerset, PA 15510
      (via U.S. First Class Mail) (via U.S. First Class Mail)